IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOSEPH THOMLEY,                          )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )    Civ. Act. No. 1:17-cv-799-ECM
                                         )              (WO)
CITY OF DALEVILLE, et al.,               )
                                         )
        Defendants.                      )


FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, JUDGMENT

is entered as follows:

(1) The Plaintiff's federal claims are DISMISSED with prejudice.

(2) Plaintiff's state-law claims are DISMISSED without prejudice pursuant to 28 U.S.C. §

1367.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final

Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.


Done this the 3rd day of January, 2020.


                              /s/ Emily C. Marks
                              EMILY C. MARKS
                              CHIEF UNITED STATES DISTRICT JUDGE